# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 14-4835 as

[ ] Retained [✓] Court-appointed(CJA) [ ] Court-assigned(non-CJA) [ ] Federal Defender [ ] Pro Bono [ ] Government

**COUNSEL FOR:** Jeric Basco Santolaja

_____ as the
(party name)

[✓] appellant(s) [ ] appellee(s) [ ] petitioner(s) [ ] respondent(s) [ ] amicus curiae [ ] intervenor(s)

_/s/ Michael W. Stark_
(signature)

| | |
|---|---|
| Michael W. Stark | 804-285-5231 |
| Name (printed or typed) | Voice Phone |
| Spencer LLP | 804-285-5210 |
| Firm Name (if applicable) | Fax Number |
| 6806 Paragon Place | |
| Richmond, Virginia 23230 | mstark@spencerllp.com |
| Address | E-mail address (print or type) |

---

## CERTIFICATE OF SERVICE

I certify that on April 6, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Jennifer Clarke
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Email: jennifer.clarke@usdoj.gov

Jonathan Rhayader Oates
Jezic Krum & Moyse LLC
307 E Annandale Road
Suite 201
Falls Church, VA 22042
Email: jonoates@gmail.com

_/s/ Michael W. Stark_                    April 6, 2015
Signature                                  Date

05/07/2014
SCC